AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| Case No. 8:20-MJ-00575 | **Return** | |
|---|---|---|
| Case No.: CE-3272333 | Date and time warrant executed: 8/31/2020 3:50 pm | Copy of warrant and inventory left with: Arturo Antolin |
| Inventory made in the presence of: SA Daniel Dales | | |

Inventory of the property taken and name of any person(s) seized:

(1) U.S. passport # 593798652

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/31/2020

_____
Executing officer's signature

SA Nichole Riordan
*Printed name and title*